# Third District Court of Appeal

**State of Florida**

Opinion filed May 20, 2015.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D14-2041
Lower Tribunal No. 03-28569
_____

**Derrick Jermaine Knight,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Hon. Milton Hirsch, Judge.

Derrick Jermaine Knight, in proper person.

Pamela Jo Bondi, Attorney General, and Douglas Glaid, Senior Assistant Attorney General, for appellee.

Before SHEPHERD, C.J., EMAS and SCALES, JJ.

PER CURIAM

On March 11, 2015, this Court issued an Opinion affirming the trial court's latest denial of Derrick Jermaine Knight's motion seeking post-conviction relief.[1] Our Opinion contained an order to show cause why Knight should not be prohibited from filing with this Court any further pro se appeals, petitions, motions and other pleadings related to his criminal conviction in case number 03-28569.

Knight filed a response to the show cause order on April 6, 2015. Knight's response provides no new information or argument for our consideration.

We must balance Knight's pro se right to access to courts with the Court's need to devote its finite resources to legitimate appeals. State v. Spencer, 751 So. 2d 47, 48 (Fla. 1999) ("[D]enying a pro se litigant the opportunity to file future petitions is a serious sanction, especially where the litigant is a criminal defendant. . ."). Accordingly, after an order to show cause and an opportunity to answer, a court may prevent further filings. Id.

We conclude that Knight has not demonstrated good cause to justify further filings of appeals, petitions, motions and other pleadings with this Court. It is hereby ordered that the Clerk of the Third District Court of Appeal shall refuse to accept further pro se filings related to case number 03-28569; provided, however,

[1] Knight has filed at least ten petitions and appeals to this Court, stemming from his 2007 conviction for manslaughter, aggravated battery, shooting a deadly missile into a vehicle, possession of cocaine and possession of drug paraphernalia. He was sentenced to fifteen years in prison on the manslaughter count and twenty-five years on the aggravated battery count, to run consecutively, for a total of forty years.

that filings related to case number 03-28569 may be accepted by the Clerk if such filings have been reviewed and signed by an attorney who is a licensed member of the Florida Bar in good standing.

Any such further and unauthorized pro se filings by Knight will subject him to sanctions, including the issuance of written findings forwarded to the Florida Department of Corrections for consideration by it for disciplinary action, pursuant to section 944.279(1) of the Florida Statutes.

Order issued.